August 26, 2011

Mr. Harry Lloyd Scarborough
Faubus & Scarborough LLP
1010 Lamar Street, Suite 1020
Houston, TX 77002

Mr. Glenn Richard Legge
Legge Farrow Kimmitt McGrath & Brown, LLP
6363 Woodway, Suite 400
Houston, TX 77057
Ms. S. Shawn Stephens
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002-5018

RE: Case Number: 08-0890
 Court of Appeals Number: 14-07-00970-CV
 Trial Court Number: 2004-61582

Style: THE HOUSTON EXPLORATION CO. AND OFFSHORE SPECIALTY FABRICATORS,
 INC.
 v.
 WELLINGTON UNDERWRITING AGENCIES, LTD., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Theresa Chang |
| |Mr. Christopher A.|
| |Prine |
| |Mr. Jay K. |
| |Rutherford |
| |Mr. Philip D. |
| |Nizialek |
| |Mr. Francis I. |
| |Spagnoletti |
| |Mr. Ashley T. |
| |Parrish |